NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
(702) 388-5087
allison.reese@usdoj.gov
Counsel for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:19-mj-00150-CWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION TO CONTINUE |
| | ) | BENCH TRIAL |
| JENNIFER OSENBAUGH, | ) | (First Request) |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Craig Mueller, Esquire, counsel for defendant, that the bench trial in the above-captioned matter, currently scheduled for June 5, 2019, at the hour of 9:00 a.m., be vacated and continued until July 10, 2019 or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1. Counsel for the defendant will be out of the district and will not be available for the bench trial.

2. The Ranger assigned to this case will not be available due to a mandatory training he must attend.

3. Defendant is out of federal custody and agrees to the continuance.

4. Denial of this request for a trial continuance would prejudice both the Defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for continuance of the trial in this case.

DATED this 31st day of May, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Craig Mueller  /s/ Allison Reese

CRAIG MUELLER, ESQ.  ALLISON REESE
Counsel for defendant  Assistant United States Attorney
**JENNIFER OSENBAUGH**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:19-mj-00150-CWH |
| Plaintiff, | ORDER CONTINUING BENCH TRIAL |
| vs. | |
| JENNIFER OSENBAUGH, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for June 5, 2019, at the hour of 9:00 a.m., be vacated and continued to July 10, 2019, at the hour of 9:00 a.m.

DATED this 4th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE