NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
(702) 388-5087
allison.reese@usdoj.gov
Counsel for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-mj-00150-CWH |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE BENCH TRIAL |
| JENNIFER OSENBAUGH, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Craig Mueller, Esquire, counsel for defendant, that the bench trial in the above-captioned matter, currently scheduled for July 10, 2019, at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court but no sooner than 30 days.

This stipulation is entered into for the following reasons:

1. Counsel for the defendant will be out of the district and will not be available for the bench trial.

1

2. Defendant is out of federal custody and agrees to the continuance.

3. Denial of this request for a trial continuance would prejudice both the Defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the second request for continuance of the trial in this case.

DATED this 8th day of July, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Allison Reese

/s/

| | |
|---|---|
| CRAIG MUELLER, ESQ. | ALLISON REESE |
| Counsel for defendant | Assistant United States Attorney |
| **JENNIFER OSENBAUGH** | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )   Case No: 2:19-mj-00150-CWH
                                )
            Plaintiff,          )
                                )   ORDER CONTINUING
    vs.                         )   BENCH TRIAL
                                )
JENNIFER OSENBAUGH,             )
                                )
            Defendant.          )
                                )

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for July 10, 2019, at the hour of 9:00 a.m., be vacated and continued to September 25, 2019, at the hour of 9:00 a.m.

DATED this 9th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

3